IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara Wareka,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Scalpa Incorporated, et al.,<br><br>　　　　　Defendants. | No.  CV-22-00180-PHX-SPL<br><br>**ORDER** |

Pursuant to Plaintiffs' Notice (Doc. 12),

**IT IS ORDERED** that this matter is dismissed **without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 14th day of April, 2022.

　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge